JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| IRA JAY DANIELS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>LARRY SMALL, Warden,<br><br>　　　　Respondent. | No. CV 08-5586-CJC (AGR)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: September 7, 2011

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE